IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOE EDWARD WEBB, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0398 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### **O R D E R**

It is hereby **ORDERED** that the United States shall respond to Joe Webb's Motion to Partially Reconsider Denial of Certificate of Appealability (Docket No. 47) by March 28, 2014.

It is so **ORDERED.**

Enter this 12th day of March 2012.

_____
ALETA A. TRAUGER
U.S. District Judge